■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER R. WASHINGTON, Appellant. [643 NYS2d 415]

The defendant's contention that his plea of guilty should not have been accepted by the court without conducting a further inquiry is unpreserved for appellate review and we decline to reach it in the exercise of our interest of justice jurisdiction. Unlike an allocution that actually negates an essential element of the crime pleaded to, the failure of a pleading defendant to recite every element of the crime does not necessarily suggest that the plea of guilty is improvident or baseless so as to trigger a duty on the part of the court to inquire further (*see, People v Lopez,* 71 NY2d 662, 666, n 2; *People v Tapia,* 197 AD2d 370, 371).

In light of the defendant's valid waiver of his right to appeal, we do not review the defendant's contentions that his oral motion to withdraw his plea should have been granted or that the court should have conducted a further inquiry into this motion (*see, People v Hall,* 176 AD2d 960). Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL T. GENTILE, on Behalf of FRANK TOM, Petitioner, v WARDEN, Respondent. [643 NYS2d 412]

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Queens County Indictment No. 1139/96 to the sum of $50,000 in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Bracken, J. P., Copertino, Pizzuto and Goldstein, JJ., concur.